UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 16-22939-CIV-MARTINEZ-WHITE

ISMAEL CAMACHO,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION

THE MATTER is before the Court after the Movant sought and was granted authorization from the Eleventh Circuit to file a successive §2255 motion to vacate. The authorization was transferred to this Court and the Clerk opened the instant §2255 motion [ECF No. 1]. Pursuant to Administrative Order 2003-19, THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's motion to vacate sentence, filed pursuant to 28 U.S.C. §2255 [ECF No. 3]. An Order appointing counsel and setting briefing schedule was then entered [ECF No. 5]. In compliance therewith, the Movant, through counsel, filed an amended complaint [ECF No. 10]. Magistrate Judge White filed a Report and Recommendation [ECF No. 19] recommending that this court dismiss Movant's motion (amended complaint to vacate conviction), and issue a certificate of appealability as to whether attempted Hobbs Act robbery constitutes a crime of violence to support a §924(c) conviction post *Johnson v. United States*, 135 S.Ct. 2551 (2015). This Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 19] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ORDERED AND ADJUDGED** that

1. Movant's §2255 motion to vacate (amended complaint to vacate conviction) [ECF No. 10] is **DISMISSED**.

2. A certificate of appealability **SHALL ISSUE** with regard to whether attempted Hobbs Act robbery constitutes a crime of violence to support a §924(c) conviction post *Johnson v. United States*, 135 S.Ct. 2551 (2015).

3. This case is **CLOSED**, and any pending motions are **DENIED AS MOOT**. A final judgment shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of February, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record