# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | CAMACHO, ISMAEL | Reg #: | 52269-004 |
| Date of Birth: | 07/10/1961    Sex: M   Race: WHITE | Facility: | COM |
| Encounter Date: | 09/17/2020 16:23   Provider: Wheeling, Linda FNP-C | Unit: | A07 |

Mid Level Provider - Evaluation encounter performed at Receiving & Discharge.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  Wheeling, Linda FNP-C

Chief Complaint:  No Complaint(s)

Subjective:  This inmate was in COM R&D to go out on a writ and was rapid tested and was positive for Covid-19.
He reports he feels well, has "never had Covid sx."
Inmate denies: Fever/ chills/ sweats/ sore throat/ headache/ muscle/body aches/ fatigue/ congestion/ runny nose/ N/V/D/ loss of sensation of taste of smell.

ALSO: He reports he has NOT taken any of his HTN meds for "months" because "no one sent him any refills." He is asymptomatic although his BP is 194/116. See PLAN.

Pain:  No

**ROS:**
  **HEENT**
    Nose
      Yes: Within Normal Limits
    Throat
      Yes: Within Normal Limits
  **Cardiovascular**
    General
      Yes: Within Normal Limits
  **Pulmonary**
    Respiratory System
      Yes: Within Normal Limits
  **GI**
    General
      Yes: Within Normal Limits
  **Musculoskeletal**
    General
      Yes: Within Normal Limits
  **Neurological**
    Cranial Nerves
      Yes: Within Normal Limits

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/17/2020 | 20:15 COX | 97.6 | 36.4 | Oral | Wheeling, Linda FNP-C |
| 09/17/2020 | 17:55 COX | 98.1 | 36.7 | Tympanic | Wheeling, Linda FNP-C |

**Pulse:**