UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-00443-CR-MARTINEZ

UNITED STATES OF AMERICA,

v.

ISMAEL CAMACHO,

    Defendant.

_____/

**NOTICE OF POTENTIAL CONFLICT**

    Mr. Camacho, through undersigned counsel, hereby respectfully notifies the Court that the Federal Public Defender's Office (FPDO) has a potential conflict regarding its representation of Mr. Camacho at his upcoming resentencing hearing, currently scheduled for January 6, 2021, due to the FPDO's representation of Mr. Camacho's co-defendants in their respective 28 U.S.C. § 2255 motions to vacate, also before this Court, and in further support provides:

1. Mr. Camacho is one of eight co-defendants who were convicted in the above criminal case, 96-cr-443-JEM. Only four of those co-defendants remain incarcerated: Ismael Camacho, Eladio Munoz, Sergio Echevarria, and Orestes Hernandez. *See* BOP Inmate Locator, *available at* www.bop.gov/inmateloc.

2. In 2019, Mr. Camacho filed a motion to vacate three of his four 18 U.S.C. § 924(c) convictions and sentences, pursuant to 28 U.S.C. § 2255 and *United States v. Davis*, 139 S.Ct. 2319 (2019). *See United States v. Camacho,* 19-cv-24658-JEM. The FPDO was appointed to represent Mr. Camacho, who was

granted § 2255 relief in part, and is now pending a resentencing hearing in the above criminal case.

3. Co-defendants Eladio Munoz, Sergio Echevarria, and Orestes Hernandez also each separately filed § 2255 motions to vacate several of their § 924(c) convictions and sentences, pursuant to *Davis*. *See United States v. Munoz*, 19-cv-25239-JEM; *United States v. Echevarria*, 19-cv-23482-JEM; *United States v. Hernandez*, 19-cv-23193-JEM. The FPDO also represents Mr. Munoz, Mr. Hernandez, and Mr. Echeverria, in their respective § 2255 motions to vacate.

4. None of Mr. Camacho's co-defendants represented by the FPDO have been granted § 2255 relief at this time. However, given the government's concession of error as to one of each of their § 924(c) convictions and sentences, and the Court's partial grant of § 2255 relief in Mr. Camacho's case, undersigned counsel anticipates that Mr. Munoz, Mr. Echevarria, and Mr. Hernandez will ultimately receive at least some § 2255 relief.

5. To the extent that Mr. Camacho's January 6, 2021 resentencing hearing may entail discussions of relative culpability among the four co-defendants that the FPDO represents, that discussion would present a conflict for the FPDO. Thus, should this or any other unanticipated conflict arise at Mr. Camacho's resentencing hearing, the FPDO may have to withdraw from its representation of Mr. Munoz, Mr. Echevarria, and Mr. Hernandez, should they be granted § 2255 relief.

6. Alternatively, to avoid this potential conflict, the Court may terminate the FPDO's representation of Mr. Camacho at this time, and appoint conflict-free counsel to represent Mr. Camacho at the January 6, 2021 resentencing hearing.

WHEREFORE, Mr. Camacho, through undersigned counsel, respectfully notifies the Court of the above-mentioned potential conflict for the Federal Public Defender's Office.

        Respectfully Submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By: _s/ Sara W. Kane_
    Sara W. Kane
    Assistant Federal Public Defender
    Florida Bar No. 98616
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130
    Tel: 305-530-7000
    E-Mail Address: sara_kane@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **November 23, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Sara W. Kane*